# First District Court of Appeal
## State of Florida

_____

No. 1D21-860

_____

JACQUES C. BETHEA,

    Petitioner,

v.

TRAVIS LAMB, Warden, of Union
Correctional Institution, et al.,

    Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


September 28, 2021


PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jacques C. Bethea, pro se, Petitioner.

No appearance for Respondents.